SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JULY 28, 2021 SESSION


FILED
JUL 29 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 2:21-cr-00128
                            18 U.S.C. § 922(g)(1)
                            18 U.S.C. § 924(a)(2)
EMMANUEL LAMONT COVINGTON

I N D I C T M E N T
(Possession of a Firearm by a Felon)

The Grand Jury Charges:

1. On or about June 23, 2020, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant EMMANUEL LAMONT COVINGTON did knowingly possess a firearm, that is, a Bond Arms Texas Defender, .45/.410 caliber derringer pistol, in and affecting interstate commerce.

2. At the time defendant EMMANUEL LAMONT COVINGTON possessed the aforesaid firearm, he knew he had been convicted of the following crimes, which were each punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20):

   a. Convicted on or about July 12, 2016, in the Circuit Court of Kanawha County, West Virginia, of Conspiracy to Distribute Heroin, in violation of W. Va. Code 61-10-31 and 60A-4-401, in case number 15-F-623; and

     b. Convicted on or about May 28, 2014, in the Circuit Court of Kanawha County, West Virginia, of Domestic Battery, in violation of W. Va. Code 61-2-28(a), in case number 13M-2866.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**NOTICE OF FOREITURE**

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) as set forth in the Indictment, defendant EMMANUEL LAMONT COVINGTON shall forfeit to the United States of America any firearm involved in or used in any knowing violation of 18 U.S.C. § 922(g), including, but not limited to, a Bond Arms Texas Defender, .45/.410 caliber derringer pistol bearing serial number 185290, and all related ammunition seized by law enforcement on or about June 24, 2020.

LISA G. JOHNSTON
Acting United States Attorney

By: *Julie M. White*
JULIE M. WHITE
Assistant United States Attorney